**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARIANO GARCIA TAPIA,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-2345-KC** |
| | § | |
| **WARDEN AT ERO EL PASO CAMP EAST MONTANA, et al.,** | § | |
| | § | |
| | § | |
| **Respondents.** | § | |

**FINAL JUDGMENT**

On this day, the Court considered Mariano Garcia Tapia's Petition for a Writ of Habeas Corpus, ECF No. 1. On September 23, 2026, the Court ordered Respondents by no later than September 30, 2026, to either (1) provide Garcia Tapia with a bond hearing before an immigration judge ("IJ"), or (2) release him from custody under reasonable conditions of supervision. Sep. 23, 2026, Order 5, ECF No. 4. Respondents now inform the Court that, on September 29, 2026, an IJ ordered Garcia Tapia released from custody on bond. Notice, ECF No. 5; *see id*. Ex. A ("IJ Order"), ECF No. 5-1.

Therefore, it appears that that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Sep. 23, 2026, Order. Accordingly, **the Clerk shall close the case**.

SO ORDERED.

SIGNED this 1st day of October, 2026.

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE